

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00583-CV

**IN THE MATTER OF THE ESTATE** of Willie H. **FORISTER**, Deceased

From the County Court, Karnes County, Texas
Trial Court No. 5795-12
Honorable Jim Scanlan, Judge Presiding

Opinion by:　Luz Elena D. Chapa, Justice

Sitting:　　Catherine Stone, Chief Justice
　　　　　Marialyn Barnard, Justice
　　　　　Luz Elena D. Chapa, Justice

Delivered and Filed:　June 11, 2014

JOINT MOTION TO DISMISS GRANTED; DISMISSED

　　The parties have filed an agreed motion to dismiss this appeal with each party bearing its own costs. We grant the motion and dismiss this appeal. TEX. R. APP. P. 42.1(a)(2).

Luz Elena D. Chapa, Justice